# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2232
_____

Gabriel Salazar-Viramontes

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: March 6, 2014
Filed: March 14, 2014
[Unpublished]
_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.
_____

PER CURIAM.

Mexican citizen Gabriel Salazar-Viramontes petitions for review of an order of
the Board of Immigration Appeals, which upheld an immigration judge's decision

denying him withholding of removal.[1]  After careful consideration of the petition, we find no basis for reversal.  <u>See</u> <u>Ming Ming Wijono v. Gonzales</u>, 439 F.3d 868, 872 (8th Cir. 2006).  Accordingly, we deny the petition for review.  <u>See</u> 8th Cir. R. 47B.

_____

---

[1]Salazar-Viramontes was also denied asylum and relief under the Convention Against Torture, but he does not address these claims in his brief.  <u>See</u> <u>Chay-Velasquez v. Ashcroft</u>, 367 F.3d 751, 756 (8th Cir. 2004) (petitioner waives claim that is not meaningfully raised in opening brief).